UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-CR-00061-LEW |
| | ) | |
| NATHAN REARDON, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER VACATING ORDER ON PETITION FOR REVIEW OF DETENTION ORDER MODIFYING CONDITIONS OF RELEASE**

The September 27, 2021, Order on Petition for Review of Detention Order Modifying Conditions of Release is hereby **VACATED**. It has come to my attention that the record reviewed by the Magistrate Judge included a police report concerning a road rage incident in 2005 during which, it was alleged, Defendant Nathan Reardon aimed a loaded firearm at the driver of another vehicle. When I entered the September 27, 2021 Order I was unaware of the Incident Report. The minute entry for the July 9 hearing makes no mention that the Report was introduced for the Court's consideration and the Government did not file a brief in opposition to Defendant's request for review, which request made no mention of the Report. Given the Report, I concur with Magistrate Judge Nivison that the 7(k) restriction is appropriate. The September 27, 2021 Order is VACATED. Defendant's Request for Relief is DENIED and the Magistrate Judge's Order imposing the 7(k) condition of release will stand.

So Ordered.

Dated this 30th day of September, 2021.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE