# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

United States of America

V.

Nathan Reardon

NO. 1:21-CR-00061-LEW

This is a notice of appeal to the First Circuit Court Of Appeals. This is for the decision from Judge Lance Walker on a motion to recuse himself. The order was dated October 2nd, 2024.

Nathan Reardon

Dated 10-23-24

Pro Se

PO Box 52

Detroit, Me. 04929

Nathan@membershipauto.com

207-745-7575

Certificate of service; This notice was sent to Andrew Lizotte AUSA in the Bangor Federal Court via USPS.