USA.    Docket No. 1:21-cr-00061-LEW

V

Reardon

This is my filing in response to the 1st Circuit Court Of Appeals request for this to be put back before Judge Lance Walker to explain why my response was not filed in a timely manner. I was extremely sick during this time with a unknown disease. The doctors thought it was pneumonia, but I received chest x-rays and it was not. So they expect some sort of flu or bronchitis. I had a fever of 102.4. I was sick for weeks on end. I don't believe that I have been that sick in the last 15 years. Missing deadlines in my life is not ordinary or customary. I appreciate your understanding and leniency in this matter and look forward to this going ahead in appeal.

Respectfully submitted,

Nathan Reardon

Pro Se

PO Box 52

Detroit, ME 04929

nathanmembershipauto.com

207-745-7575

December 20, 2024

Certificate of service: I hearby swear that a copy of this was mailed to Andrew Lizotte by USPS.