UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) CRIM. CASE NO. 1:21-cr-00061-LEW |
| | ) USCA NO. 24-1995 |
| NATHAN REARDON | ) |

### CLERK'S FIRST SUPPLEMENTAL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following supplemental documents are hereby electronically transmitted, along with a copy of the docket entries to the First Circuit Court of Appeals:

Documents Numbered:   225   Description:   Order
                      226                  Filing re: Untimely Appeal
                      227                  Notice/Correspondence
                      228                  Order granting 224

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries, and that all non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Dated *January 3, 2025.*

CHRISTA K. BERRY, Clerk

By:   /s/ Jessica Mahon
      Case Manager