UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) CRIM. CASE NO. 1:21-cr-00061-LEW |
| | ) USCA NO. 24-1724 & 24-1995 |
| NATHAN REARDON | ) |

**CLERK'S SECOND SUPPLEMENTAL CERTIFICATE**

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following supplemental documents are hereby electronically transmitted, along with a copy of the docket entries to the First Circuit Court of Appeals:

| Documents Numbered: | | Description: | |
|---|---|---|---|
| | 230 | | Motion to Modify Conditions |
| | 231 | | Motion for Return of Property |
| | 232 | | Motion for Declaratory Judgment and Injunctive Relief |
| | 233 | | Reponse to Motion No. 230 |
| | 234 | | Response to Motion No. 231 |
| | 235 | | Resposne to Motion No. 232 |
| | 236 | | Reply re Motion No. 230 |
| | 237 | | Motion for Joinder |
| | 238 | | Response to Motion No. 237 |
| | 239 | | Motion for Early Termination of Supervised Release |
| | 240 | | Reply re Motion No. 237 |
| | 241 | | Order |

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries, and that all non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents: N/A

Dated *April 29, 2025.*     CHRISTA K. BERRY, Clerk

By: /s/ Charity Pelletier
Case Manager