# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN REARDON | No. 1:21-cr-00061-LEW |

## RESPONSE TO MOTIONS
## FOR THE RETURN OF PROPERTY (DKT. ##253, 254)

The Government, by and through undersigned counsel, does not oppose Arthur Reardon's and Heather Reardon's respective Motions for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g). Dkt. ## 253 & 254, May 12, 2025.

Dated: May 21, 2025
      Bangor, Maine

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

/s/ ANDREW K. LIZOTTE
Andrew K. Lizotte, AUSA
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04401
(207) 262-4636
Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and caused a copy via first-class mail to be sent to the following:

Arthur Reardon, 21 Treats Falls Dr., Brewer, ME 04412
Heather Reardon, 773 Lower Detroit Rd., Plymouth, ME 04969

CRAIG M. WOLFF
Acting United States Attorney

 /s/ ANDREW K. LIZOTTE
Andrew K. Lizotte, AUSA
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04401
(207) 262-4636
Andrew.Lizotte@usdoj.gov