# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-00061-LEW |
| NATHAN REARDON | |

## MOTION FOR LEAVE TO FILE SURREPLY
## CONCERNING MOTION TO RECUSE

The Government, by and through undersigned counsel, seeks leave of the Court to file a surreply to Defendant's "Revised Reply to Government's Opposition to Motion to Recuse." Dkt. #259, June 3, 2025 (the "Reply"). The Reply states, in part:

> In the October 13, 2023 hearing, Judge Walker made the following statement on the record:
>
> "There is people in the community who see this Court's order, they read about it in the papers, and then they see him just doing it. It really does undercut the public's trust in the court process."
>
> This statement is a direct admission that media coverage shaped or reinforced the Court's impressions of the Defendant's conduct.

Reply at 1.

The Government seeks leave to surreply to correct Defendant's factual misrepresentation that the above statement was made by the Court, when, in fact, the statement was made by the Government during its sentencing arguments. *See* Dkt. #192, Final Revocation Hr'g Tr. at 7:15-10:21 (Oct. 13, 2023).

1

Dated: June 3, 2025                    Respectfully submitted,
        Bangor, Maine

                                       CRAIG M. WOLFF
                                       Acting United States Attorney

                                       /s/ ANDREW K. LIZOTTE
                                       Andrew K. Lizotte, AUSA
                                       United States Attorney's Office
                                       202 Harlow Street
                                       Bangor, Maine 04401
                                       (207) 262-4636
                                       Andrew.Lizotte@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and caused a copy via first-class mail to be sent to the following:

Nathan Reardon, P.O. Box 52, Detroit, ME 04929

CRAIG M. WOLFF
Acting United States Attorney

/s/ ANDREW K. LIZOTTE
Andrew K. Lizotte, AUSA
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04401
(207) 262-4636
Andrew.Lizotte@usdoj.gov