UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | 1:21-cr-00061-LEW |
| ) | 1:25-cv-00232-LEW |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

## ORDER TO ANSWER

Petitioner has filed a 28 U.S.C. § 2255 motion. The Court has reviewed the record in this matter and hereby orders the United States Attorney to file an answer or otherwise respond to the motion no later than August 26, 2025. Pursuant to Rule Governing Section 2255 Proceedings 5(d), Petitioner shall have 30 days thereafter to file a reply. No further pleadings are authorized except by leave of court. District of Maine Local Rule 7(e) shall govern the form and length of these pleadings and neither the answer nor the reply shall exceed 20 pages.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 27th day of June, 2025.