# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

NATHAN REARDON

       v.

UNITED STATES OF AMERICA

Nos. 1:21-cr-00061-LEW
1:25-cv-00232-LEW

## RESPONDENT'S MOTION TO EXTEND TIME

The Government respectfully moves for an extension of time to file its response to Petitioner's § 2255 motion, from August 26, 2025, to September 24, 2025. The reasons for this motion are as follows:

1.    The Government's response to Petitioner's § 2255 motion is currently due on August 25, 2025.

2.    On July 29, 2025, Government counsel filed a Section 2255 response in *United States v. Boody*, No. 2:23-cr-00140.

3.    On August 19, 2025, Government counsel filed a response brief in *United States v. Reardon*, 1st Cir. Nos. 24-1724, 24-1995, & 25-1460.

4.    Among other matters, Government counsel has response briefs due in *United States v. Deschambault*, 1st Cir. No. 24-1275 on August 20, 2025; and *United States v. Hall*, 1st Cir. No. 24-2071, on August 25, 2025. Additionally, Government counsel will present oral argument in *United States v. Rebollar Osorio*, 1st Cir. No. 24-2043; and *United States v. Mello*, 1st Cir. No. 24-1881 & 24-1882; both on September 3, 2025.

5.    As a result, Government counsel is seeking an additional 30 days from August 26, 2025, to September 24, 2025, in which to prepare the Government's

response. This additional time will allow Government counsel to research and address

the merits of Petitioner's § 2255 claims in an appropriate and thorough manner.

      WHEREFORE, the Government respectfully requests that the Court extend the

Government's time to file its response to September 24, 2025.

Dated:  August 20, 2025           Respectfully Submitted,

                      CRAIG M. WOLFF
                      Acting United States Attorney

By:    */s/ Brian S. Kleinbord*
          Brian S. Kleinbord
          Assistant United States Attorney
          United States Attorney's Office
          100 Middle Street
          Portland, Maine 04101
          (207) 780-3257
          Brian.Kleinbord@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I caused the instant Motion to Extend Time with the Clerk of Court using the CM/ECF system. I also certify that I caused a copy of the foregoing document to be sent via regular mail to:

Nathan Reardon
P.O. Box 52
Detroit, ME 04929

CRAIG M. WOLFF
Acting United States Attorney

By:    */s/ Brian S. Kleinbord*
Brian S. Kleinbord
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Brian.Kleinbord@usdoj.gov