UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NATHAN REARDON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | 1:21-cr-00061-LEW |
| | ) | 1:25-cv-00232-LEW |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

### ORDER ON MOTION FOR RECORDS

Defendant/Petitioner (Petitioner) moves the Court to produce documents generated by or possessed by court personnel regarding his bail hearing in April 2022. (Motion for Records, ECF No. 284.) "The judicial branch is exempt from the Freedom of Information Act," *United States v. Casas*, 376 F.3d 20, 22 (1st Cir. 2004), and Petitioner cites no relevant legal authority that would support his request. Petitioner's general reference to the Court's "administrative authority" is unavailing. The Court discerns no legal or factual basis to support Petitioner's request. Accordingly, the Court denies Petitioner's motion for records.

### NOTICE

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72 and Federal Rule of Criminal Procedure 59.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 28th day of October, 2025.