UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | 1:21-CR-00061-LEW |
| ) | 1:25-CV-00232-LEW |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On October 21, 2025, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2255 Motion (ECF No. 292). The Recommended Decision calls for the dismissal without prejudice of Petitioner's § 2255 Motion due to the pendency of his direct appeal. Petitioner opposes the recommendation. Pet.'s Obj. (ECF No. 296).

I have reviewed and considered the Recommended Decision and the Objection, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.

The motion for habeas relief under 28 U.S.C. § 2255 is DISMISSED WITHOUT PREJUDICE and without an evidentiary hearing. It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 21st day of November, 2025

/s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE