UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00061-LEW |
| | ) | |
| NATHAN REARDON, | ) | |
| | ) | |
| Defendant | ) | |

### ORDER

The matter is before the Court on the unopposed Motions for Return of Property filed by non-defendants Arthur Reardon and Heather Reardon. A.R.'s Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g) (ECF No. 253); H.R.'s Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g) (ECF No. 254); Gov't Resp. (ECF No. 255).

The unopposed Motions are hereby GRANTED without an evidentiary hearing. The Government is ORDERED to return, promptly, to Arthur Reardon his Jennings .22 caliber semi-automatic pistol and to Heather Reardon her Ruger firearm with serial number 371650782, both of which were seized on August 10, 2023 in Plymouth, Maine, assuming it has not already done so. The Clerk will notify the movants of this Order by mail sent to the addresses given in their respective Motions if they have not registered for electronic notification.

**SO ORDERED.**

Dated this 8th day of January, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge