# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN REARDON | No. 1:21-cr-00061-LEW |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 157.5(b)(1), the undersigned moves for leave to withdraw as counsel for the Government. Undersigned counsel is leaving the employment of the U.S. Department of Justice. Remaining Government counsel who have entered appearances in this matter will continue to represent the United States moving forward. For these reasons, the undersigned respectfully requests that leave to withdraw be granted.

Dated: February 23, 2026

Respectfully submitted

ANDREW B. BENSON
United States Attorney

/s/Andrew K. Lizotte
Andrew K. Lizotte
Civil Chief
202 Harlow St.
Bangor, Me 04401
(207) 262-4636
Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2026, I electronically filed the foregoing using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record. Service my U.S. Mail will further be made to:

NATHAN REARDON
P.O. BOX 52
DETROIT, ME 04929
PRO SE

                                          ANDREW B. BENSON
                                          United States Attorney

                                          /s/Andrew K. Lizotte
                                          Andrew K. Lizotte
                                          Civil Chief
                                          202 Harlow St.
                                          Bangor, Me 04401
                                          (207) 262-4636
                                          Andrew.Lizotte@usdoj.gov