# UNITED STATES PROBATION & PRETRIAL SERVICES

## DISTRICT OF MAINE

**MICHAEL J. PENDERS**
**CHIEF**



**SCOTT HASTINGS**
**DEPUTY CHIEF**

---

Internal Memorandum

May 29, 2026

To: Honorable Lance E. Walker, Chief U.S. District Judge

From: Brandon Maillet, U.S. Probation Officer

Re: Nathan Reardon, Docket No. 1:21-CR-00061

**<u>Request to Withdraw Petition</u>**

---

On May 6, 2026, the U.S. Probation Office filed a petition to revoke Nathan Reardon's supervised release. The petition was granted and an arrest warrant issued. Reardon was arrested on May 28, 2026, by the by the U.S. Marshals Service. Reardon is scheduled for his initial appearance on May 29, 2026.

On May 29, 2026, the probation office learned the Protection from Harassment Order, the basis for the revocation petition, had been dismissed. Because of this, the probation office has concerns about the evidence available and therefore respectfully requests the petition filed on May 6, 2026, be withdrawn.

Respectfully,

Reviewed:

Brandon Maillet
U.S. Probation Office

Ashley Hadam
Supervisory U.S. Probation Officer
5/29/26