# UNITED STATE DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| | **)** | |
| **Plaintiff** | **)** | |
| | **)** | |
| **v.** | **)** | **1:21-cr-61-LEW** |
| | **)** | |
| **NATHAN REARDON,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

**SO ORDERED.**

**Dated this 28th day of July, 2026.**

_____/s/ Lance E. Walker_____
**CHIEF U.S. DISTRICT JUDGE**